**No. D-2470. In the Matter of Disbarment of Timothy John Martin.**

561 U.S. 1052, 131 S. Ct. 57, 177 L. Ed. 2d 1147, 2010 U.S. LEXIS 5713.

September 3, 2010. Disbarment entered.

Former order, 561 U.S. 1003, 130 S. Ct. 3496, 177 L. Ed. 2d 1084, 2010 U.S. LEXIS 5235.

**No. D-2471. In the Matter of Disbarment of John L. Isaac.**

561 U.S. 1052, 131 S. Ct. 57, 177 L. Ed. 2d 1147, 2010 U.S. LEXIS 5688.

September 3, 2010. Disbarment entered.

Former order, 561 U.S. 1004, 130 S. Ct. 3497, 177 L. Ed. 2d 1084, 2010 U.S. LEXIS 5211.

**No. D-2472. In the Matter of Disbarment of Steven Jay Rozan.**

561 U.S. 1052, 131 S. Ct. 58, 177 L. Ed. 2d 1147, 2010 U.S. LEXIS 5704.

September 3, 2010. Disbarment entered.

Former order, 561 U.S. 1004, 130 S. Ct. 3497, 177 L. Ed. 2d 1084, 2010 U.S. LEXIS 5192.

**No. D-2473. In the Matter of Disbarment of Jacob J. Amato, Jr.**

561 U.S. 1052, 131 S. Ct. 58, 177 L. Ed. 2d 1147, 2010 U.S. LEXIS 5718.

September 3, 2010. Disbarment entered.

Former order, 561 U.S. 1004, 130 S. Ct. 3497, 177 L. Ed. 2d 1084, 2010 U.S. LEXIS 5223.

**No. D-2494. In the Matter of Discipline of Robert Hunter Ford.**

561 U.S. 1052, 131 S. Ct. 58, 177 L. Ed. 2d 1147, 2010 U.S. LEXIS 5686.

September 3, 2010. Robert Hunter Ford, of Birmingham, Alabama, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. 10-6275 (10A249). Cal Coburn Brown, Petitioner v. Eldon Vail.**

561 U.S. 1054, 131 S. Ct. 58, 177 L. Ed. 2d 1147, 2010 U.S. LEXIS 5729.

September 9, 2010. Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.